State v. Dula

STATE OF NORTH CAROLINA v. PRINCESS OHEEDA DULA

No. 252A84

(Filed 2 October 1984)

DEFENDANT appeals as a matter of right pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals, 67 N.C. App. 748, 813 S.E. 2d 899 (1984), affirming the judgment, entered by *Griffin, J.*, at the 3 November 1982 Criminal Session of Superior Court, CALDWELL County, finding defendant guilty of felonious breaking or entering.

*Rufus L. Edmisten, Attorney General, by Walter M. Smith, Assistant Attorney General, for the State-appellee.*

*Whisnant, Simmons & Groome, by G. C. Simmons, III, for defendant-appellant.*

PER CURIAM.

The Court of Appeals correctly held that the trial court did not commit error when it required the defendant to make restitution for the loss and damage caused by the defendant "arising out of" the offense committed by her as provided by G.S. 15A-1343(d).

The decision of the Court of Appeals is

Affirmed.